IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


QUASIM YUSAFI,

       Plaintiff,

v.                                      CIV 10- 0576 MV/KBM

CITY OF ALBUQUERQUE,

       Defendant(s).


# **ORDER**

THIS MATTER is before the Court on a letter *(Attachment 1)* in response to my recently entered Order to Show Cause.  In that letter Jorge Alvarado, the managing attorney for NM Legal Aid, advises that the NM Legal Aid was Mr. Copus' address on file with the federal court and Bench and Bar Directory at the time this lawsuit was filed although he no longer worked for that organization.  Moreover, Mr. Copus surrendered his license in July 2010, and as page 3 of the attached letter indicates, it is possible that Mr. Copus' file in this case was transferred to the Disciplinary Board.

I have contacted Mr. William Slease who heads up the Disciplinary Board and asked that he look into this matter.  Until such time as the Court hears from Mr. Slease, the docket sheet should reflect that Mr. Yusafi is appearing *pro se.*  Unfortunately, at this time, we have no address or phone number at which to contact Mr. Yusafi.  If Defendant has current contact information for him, please provide it to the Clerk of Court or to my chambers for addition to the docket sheet.

Wherefore,

**IT IS HEREBY ORDERED** that the Clerk modify the docket sheet to reflect that

Plaintiff is proceeding pro se.

**IT IS FURTHER ORDERED** that this matter is STAYED until further order of the

Court.

_____
Karen B. Molzen
Chief United States Magistrate Judge